JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FEDEX TECHCONNECT, INC., A CORPORATION FKA FEDEX CUSTOMER INFORMATION SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>L & L TRADING AND INVESTMENTS INCORPORATED aka L & L TRADING & INVESTMENTS INC. dba VISION DECOR FURNITURE aka VISIONDECOR,<br><br>Defendants. | CASE NO. CV13-01539-ODW(RZX)<br>Honorable Otis D. Wright II<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT<br><br>[No Appearance] |

## JUDGMENT

Based upon the Stipulation of the parties, and good cause showing IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that JUDGMENT IS HEREBY ENTERED in favor of Plaintiff FEDEX TECHCONNECT, INC., A CORPORATION FKA FEDEX CUSTOMER INFORMATION SERVICES and against Defendant L & L TRADING AND INVESTMENTS INCORPORATED aka L & L TRADING & INVESTMENTS INC. dba VISION DECOR FURNITURE aka VISIONDECOR on the complaint in the amount of principal

-1-
[~~PROPOSED~~] STIPULATED JUDGMENT

1  ($564,877.34), interest ($21,356.88), and costs ($540.00) for the total sum of
2  $586,774.22.
3       The clerk is ordered to enter the Judgment.

6  Dated: July 22, 2013            _____
7                                   OTIS D. WRIGHT II
8                                   United Stated District Judge

**[PROPOSED] STIPULATED JUDGMENT**